USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HENRY RODRIGUEZ,

              Plaintiff,

-against-

SOUTHWEST 85TH RESTAURANT CORP.
D/B/A MUSTANG GRILL, KARL
CRNOBORI, CAROL CRNOBORI, CHRIS
CRNOBORI, ROBERT OLSEN and JASON
EISEN,

              Defendants.

Civil Action No. 11-cv-4097 (PGG)

ECF Case

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the Parties in the above captioned action, that Defendants Southwest 85th Restaurant Corp. d/b/a Mustang Grill, Karl Crnobori, Carol Crnobori, Chris Crnobori, Robert Olsen, and Jason Eisen shall have until August 12, 2011 to answer, move or otherwise respond to the Complaint filed by Plaintiff Henry Rodriguez, that the undersigned counsel for Defendants has accepted service on behalf of Defendants, and that Defendants will not raise any defenses in their Answer with regard to service of the Complaint. This is the Parties' second request for an extension of time.

DATED: New York, New York
              July 28, 2011

LIANE FISHER LAW PLLC

By: _____
    Liane Fisher, Esq. (LZ5708)

233 Broadway, Suite 1800
New York, New York 10279
(212) 571-0700
*Attorneys for Plaintiff*

FOX ROTHSCHILD LLP

By: _____
    Carolyn D. Richmond, Esq.

100 Park Avenue, Suite 1500
New York, New York 10017
(212) 878-7800
*Attorneys for Defendants*

SO ORDERED:

_____
Hon. Paul G. Gardephe, U.S.D.J.

July 29, 2011